**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAROLE GIBBS and ARTHUR COLBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>GEORGE MORRIS, JOSE ALBINO LUCERO JR. and DAVID HALL on behalf of themselves and all others similarly situated,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>SOLARCITY CORPORATION, a Delaware corporation,<br><br>Defendant. | No.: 4:16-cv-11010-TSH |

**MOTION TO INTERVENE AND TRANSFER**

Plaintiff-Intervenors George Morris, Jose Albino Lucero Jr. and David Hall ("Plaintiff-Intervenors") hereby move the Court to permit them to intervene in the above-captioned matter and to transfer to this case to the Northern District of California pursuant to 28 U.S.C. § 1404(a) and the first-filed rule.

In support of this motion, Plaintiff-Intervenors submit their memorandum of law and the Declaration of Joshua D. Arisohn.

Dated: July 27, 2016

**PASTOR LAW OFFICE**

By: */s/ David Pastor*
David Pastor

David Pastor (BBO # 391000)

Pastor Law Office
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: (617) 742-9700
E-Mail: dpastor@pastorlawoffice.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*To Be Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
E-Mail: jarisohn@bursor.com

*Attorneys for Plaintiff-Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

/s/ David Pastor
David Pastor