IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLE GIBBS and ARTHUR COLBY, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiffs,*<br><br>　v.<br><br>SOLARCITY CORPORATION, a Delaware corporation,<br><br>　　　　　*Defendant.* | Case No. 4:16-cv-11010-TSH<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

**MOTION FOR PRO HAC VICE ADMISSION OF PATRICK H. PELUSO**

　　　　Pursuant to Local Rule 83.5.3, the undersigned counsel, Julie Tolek, hereby moves the Court to enter an Order granting leave to Patrick H. Peluso to appear *pro hac vice* on behalf of Plaintiffs and the alleged class in the above-entitled action. In support of this Motion, the undersigned states as follows:

　　　　1.　　Patrick Peluso has been a member in good standing of the bar of the State of Colorado since 2014. Mr. Peluso has also been admitted to the United States District Court for the District of Colorado since 2015 and is in good standing. In 2016, Mr. Peluso was admitted to the United States District Courts for New Mexico and the Western District of Wisconsin and is in good standing.

　　　　2.　　There are no disciplinary proceedings pending against Mr. Peluso in any jurisdiction.

　　　　3.　　Mr. Peluso has represented that he has reviewed and is familiar with the Local Rules of this Court.

　　　　4.　　Mr. Peluso has drafted and submitted a *Certification for Admission Pro Hac Vice*, as required.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

　　　　Counsel for Plaintiffs has conferred with counsel for Defendant and has been advised that

Defendant does not oppose the relief sought.

Respectfully submitted,

Dated: July 27, 2016

By: /s/ Julie M. Tolek
    One of Plaintiff's Attorneys

Julie M. Tolek, Esq.
julie@thinkpinklaw.com
Think Pink Law
160 Speen Street, #202
Framingham, MA  01701
Tel: (617) 752-1739
Fax: (617) 752-1739

**CERTIFICATE OF SERVICE**

I hereby certify that the above papers were filed through the Court's ECF system, which will serve the papers electronically to all counsel of record.

/s/ Julie Tolek