**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAROLE GIBBS and ARTHUR COLBY, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs,*<br><br>  v.<br><br>SOLARCITY CORPORATION, a Delaware corporation,<br><br>       *Defendant.* | Case No. 4:16-cv-11010-TSH<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

**PATRICK H. PELUSO CERTIFICATION IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, I, Patrick H. Peluso, certify as follows:

1. I am a partner of the law firm Woodrow & Peluso, LLC, located at 3900 East Mexico Avenue, Suite 300, Denver, Colorado 80210.

2. I am a member in good standing of the following Courts:
   - Supreme Court of Colorado – Admitted 11/3/2014
   - U.S. District Court for the District of Colorado – Admitted 1/5/2015
   - U.S. District Court for the Western District of Wisconsin – Admitted 6/15/2016
   - U.S. District Court for the District of New Mexico – Admitted 6/20/2016

3. I have reviewed and am familiar with the Local Rules of this Court.

4. There are no disciplinary proceedings against me in any jurisdiction.

5. I am familiar with the factual and legal issues in this case.

I hereby certify that the above is true and correct to the best of my knowledge.

Dated: July 27, 2016

                                                         By: /s/ Patrick H. Peluso