

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142
+1 212 506 5000
**orrick.com**

December 19, 2016

**Elyse Echtman**

E   eechtmanl@orrick.com
D   +1 212 506 5009
F   +1 212 506 5151

**VIA ECF**

Hon. Timothy S. Hillman
United States District Judge
United States District Court
District of Massachusetts
595 Maine Street
Worchester, Massachusetts 01608

Re:  Gibbs v. SolarCity, Corp., No. 4:16-cv -11010-TSH – Notice of Supplemental Authority

Dear Hon. Judge Hillman:

We want to bring to the Court's attention the attached decision issued last week by the Seventh Circuit in *Meyers v. Nicolet Restaurant of De Pere, LLC*, -- F. 3d --, 2016 WL 7217581 (7th Cir. Dec. 13, 2016), which vacated and remanded the plaintiff's Fair and Accurate Credit Transactions Act ("FACTA") claims for dismissal under Rule 12(b)(1), for lack of Article III standing.  In reaching its conclusion, the Seventh Circuit observed,

> Even at argument, [plaintiff] would not say that [defendant's] violation had caused him any concrete harm. He staked his entire standing argument on the statute's grant of a substantive right to receive a compliant receipt.  But whether the right is characterized as 'substantive' or 'procedural,' its violation must be accompanied by an injury-in-fact.  A violation of a statute that causes no harm does not trigger a federal case. That is one of the lessons of *Spokeo*.

*Id.* at *3 n.2.

Respectfully Submitted,

*/s/ Elyse Echtman*

Elyse Echtman

Attachment

cc:  All Counsel of Record (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that the above letter was filed on December 19, 2016 through the Court's ECF system, which will serve the papers electronically to all counsel of record.

                                                                                                                 */s/ Elyse Echtman*
                                                                                                                  Elyse Echtman