UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLE GIBBS and ARTHUR COLBY, individually and on behalf of all others similarly situated,<br><br>          *Plaintiffs,*<br><br>  v.<br><br>SOLARCITY CORPORATION, a Delaware corporation,<br><br>          *Defendant.* | Case No. 4:16-cv-11010-TSH<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

**STIPULATION OF DISMISSAL**

Plaintiffs Carole Gibbs ("Gibbs") and Arthur Colby ("Colby") and Defendant SolarCity Corporation ("SolarCity"), through their counsel, stipulate as follows:

1. As the Court has previously been apprised of, a settlement has been reached in the related case of *Morris v. SolarCity Corp.*, Case No. 3:15-cv-05107-RS (N.D. Cal.) which will settle all claims, including Gibbs's and Colby's claims, on a class-wide basis. On February 1, 2018, final approval was granted in the *Morris* case and judgment was entered.

2. Thus, the parties stipulate to the dismissal of this action.

3. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

4. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the action shall be dismissed in its entirety and with prejudice.

5. Plaintiff and Defendant further agree that each party is to bear her or its own

attorney's fees and costs.

Dated: March 22, 2018                               Respectfully submitted,


  /s/ Patrick H. Peluso
One of Plaintiffs' Attorneys

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
999 E Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720.213.0675
Fax: 303.927.0809

*pro hac vice
*Attorneys for Plaintiff and the Putative Class*

Julie M. Tolek
julie@thinkpinklaw.com
Think Pink Law
160 Speen Street, Suite 202
Framingham, MA 01701
Tel: 617-752-1739
Fax: (617) 752-1739


  /s/ Elyse D. Echtman
One of Defendants' Attorneys

**John O. Mirick**
Mirick, O'Connell, DeMallie & Lougee
1700 Bank of Boston Tower
100 Front St.
Worcester, MA 01608
508-791-8500
Fax: 508-791-8502
Email: jomirick@mirickoconnell.com


**Elyse D. Echtman**

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 11019-6142
212-506-3753
Email: eechtman@orrick.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above papers were filed through the Court's ECF system on March 22, 2018, which will serve the papers electronically to all counsel of record.

                                       /s/ Patrick H. Peluso